No. D–1147. IN RE DISBARMENT OF LEBEN. It is ordered that Jeffrey Michael Leben, of Yorktown Heights, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1148. IN RE DISBARMENT OF TREVASKIS. It is ordered that John P. Trevaskis, Jr., of Media, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1149. IN RE DISBARMENT OF GREENWALD. It is ordered that Michael I. Greenwald, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.